UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MAKEISHA S. VEDOL | CASE NUMBER: |
| VERSUS | JUDGE |
| JACOBS ENTERTAINMENT, INC.<br>and RACELAND TRUCK PLAZA<br>& CASINO | MAGISTRATE JUDGE |

## COMPLAINT

Plaintiff, Makeisha S. Vedol, a major and domiciliary of the Parish of Lafourche, State of Louisiana, respectfully files this complaint and alleges as follows:

### PRELIMINARY STATEMENT OF THE CASE

1. This is an action for damages pursuant to 42 U.S.C.A section 1981 and 42 U.S.C.A. Section 2000e-2, Title VII of the Civil Rights Act of 1964 and the Louisiana Anti-Discrimination Statutes.

2. The plaintiff alleges that she was unlawfully discharged by the defendant because of her race, African American, which is in violation of Title VII of the Civil Rights Act of 1964.

### JURISDICTIONAL STATEMENT AND VENUE

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C.A. Section 1331 and is based upon federal question.

4. Venue lies in the United States District Court, Eastern District of Louisiana, for these claims pursuant to 42 U.S.C. Section 2000e-5(f)(3).

## DEFENDANT

5. Made defendant herein is Jacob's Entertainment, Inc., a Colorado Corporation, licensed to do and doing business in the State of Louisiana and Raceland Truck Plaza & Casino, L.L.C., a Louisiana Corporation.

## GENERAL ALLEGATIONS

6. Plaintiff, Makeisha S. Vedol, an African American female, brings this action for damages sustained as a result of her termination from employment with the defendant based on her race, in violation of Title VII of the Civil Rights Act of 1964, as amended and the Louisiana Anti-Discrimination Statutes.

7. Plaintiff alleges that she began her employment with the defendant on March 24, 2003 and was unlawfully terminated from her employment on or about August 25, 2009 as result of her race.

8. Plaintiff alleges that on or about August 14, 2009, her cash register was short by approximately $41.30. Plaintiff provided an explanation for the shortage which indicated that the money was not stolen or illegally removed from the register. Despite plaintiff's explanation, she was terminated from her position.

9. Plaintiff alleges that on numerous occasions, cash registers being used by Caucasian employees were short and those employees were not terminated. Plaintiff further alleges that after her wrongful termination, she was replaced with a white female.

10. Plaintiff further alleges that the defendant's actions in terminating the plaintiff were discriminatory, in violation of Title VII of the Civil Rights Act of 1964, as amended and the Louisiana Anti-Discrimination Statutes.

11. Plaintiff alleges that as a result of the defendant's discriminatory actions, she has been made to suffer damages.

## PRAYER FOR RELIEF AND DEMAND FOR JURY TRIAL

WHEREFORE, plaintiff prays that this Court order the defendant to pay lost wages, benefits, compensatory and punitive damages, mental and emotional distress damages, attorney's fees, court costs and any and all damages which this Court deems just and proper. Additionally, plaintiff respectfully demands trial by jury as to all issues so triable.

RESPECTFULLY SUBMITTED:

/s/ Anthony T. Marshall
Anthony T. Marshall (24164)
Marshall Law Firm, A.P.L.L.C.
12320 Highway 44, Bldg. 4-A
Gonzales, Louisiana 70737
Telephone: (225)647-1015
Facsimile: (225)647-6647